```
1   McGREGOR W. SCOTT
    United States Attorney
2   ADA E. BOSQUE
    Department of Justice
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (202) 514-0179

5   Attorneys for Defendants
```

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAULIK M. SHAH, *et al.*, | No. 07-F-CV-1217-LJO-GSA |
| Plaintiffs, | |
| v. | MOTION FOR LEAVE TO APPEAR TELEPHONICALLY |
| Michael Chertoff, Secretary, Department of Homeland Security, *et al.*, | |
| Defendants. | |

## MOTION TO APPEAR TELEPHONICALLY

On October 23, 2007, defendants noticed a motion to dismiss. On November 9, 2007, plaintiffs filed their opposition. A hearing on defendants' motion is scheduled for December 6, 2007, at 8:30 am. Because defendants' counsel is stationed in Washington, DC, she respectfully requests leave to appear telephonically. If this motion is granted, defendants' counsel, Ada E. Bosque, can be reached at (202) 514-0179.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Date:  November 20, 2007                By:  __/s/ Ada E. Bosque_____
                                        Ada E. Bosque
                                        Department of Justice

**ORDER**

Based on defendants' motion for leave to appear telephonically at the December 6, 2007 hearing on defendants' motion to dismiss and for good cause, this Court permits defense counsel to appear by telephone IF THE COURT CONDUCTS A HEARING. To appear by telephone, defense counsel will be required to telephone the Court at (559) 499-5680 five minutes prior to the hearing.

IT IS SO ORDERED.

**Dated:** **November 20, 2007**           /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE