# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAULIK M. SHAH and MANSI G. SHAH,<br>　　　　　Plaintiffs,<br>　　vs.<br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, ROBERT MUELLER, Director of the Federal Bureau of Investigations and ALBERTO GONZALEZ. Attorney General of the United States,<br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1217 LJO GSA<br><br>**ORDER TO DISMISS CASE** |

On August 21, 2007, Plaintiffs Maulik M. Shah and Mansi G. Shah ("Plaintiffs") filed a complaint seeking a writ of mandamus and declaratory judgment to compel Defendants to adjudicate Plaintiffs' I-485 Applications and to adjust their immigration status to legal permanent residence. On November 19, 2007, Plaintiffs filed a Notice of Voluntary Dismissal, with supporting evidence to demonstrate that Plaintiffs' I-485 applications for permanent residence have been approved. Because

Plaintiffs have received the relief sought, this action is rendered moot. Therefore, by notice of dismissal by Plaintiffs pursuant to Fed. R. Civ. P. 41(a), and because no case or controversy exists, this Court:

    1.    DISMISSES the case; and

    2.    DIRECTS the clerk to close this action.

    IT IS SO ORDERED.

**Dated:   November 21, 2007**          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE